**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GLYNIS B. THOMAS                                                                                    PLAINTIFF

v.                                             NO. 4:16CV00474 JLH/JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 8th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE